**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOEL ALVARADO,

                      Plaintiff,                       **CLERK'S CERTIFICATE**
                                                                   **OF DEFAULT**
      - against -                                           CV 18-2915 (JMA)(JMW)

GC DEALER SERVICES INC., et al.,

                      Defendants.
----------------------------------------------------------------X

       **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant GC DEALER SERVICES, INC., has failed to appear or otherwise defend this action.

       The default of defendant GC DEALER SERVICES, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: September 17, 2021
       Central Islip, New York

                                                                   DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT

                                                     BY:    /S/ JAMES J. TORITTO
                                                                          DEPUTY CLERK