UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOEL ALVARADO, on behalf of himself and
others similarly situated.

                        Plaintiff,

V.

GC DEALER SERVICES INC.,
JENNIFER AYALA,
JACK BECKERMAN,
 in their individual capacities

                        Defendants.

-------------------------------------------------X

FILED
CLERK
12:15 pm, Nov 08, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

18 CV 2915

**STIPULATION OF DISCONTINUANCE**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, and or their respective counsel that Plaintiffs, hereby voluntarily dismisses their claims against the defendants Jennifer Ayala and Jack Beckerman without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).


LAW OFFICES OF DELVIS MELENDEZ
By: _____
Delvis Melendez
Attorney for Plaintiffs
90 Bradley St.
Brentwood, N.Y. 11717
631-434-1443

JACK BECKERMAN
By: _____
Defendant Jack Beckerman
Pro Se
78 Wilson Rd.
Valley Stream N.Y. 11581

JENNIFER AYALA
By: _____ 11/3/21
Defendant Jennifer Ayala
Pro Se
11 Dorothy Place
Lynbrook N.Y. 11563

The Clerk of the Court is directed to terminate defendants Jennifer Ayala and Jack Beckerman.  SO ORDERED.
/s/ JMA, USDJ
11/8/2021